LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
JESUS RAMON GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JESUS RAMON GONZALEZ,<br><br>    Defendant. | Case No.: 2:24-CR-0021-WBS<br><br>[PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF PRE-TRIAL SUPERVISION |

Defendant JESUS RAMON GONZALEZ, both individually and by and through his counsel of record, Michael Heumann, hereby states as follows:

1. On June 3, 2024, Mr. Gonzalez was released on his own recognizance and conditions as recommended by pretrial supervision.

2. Between June 3, 2024 and the present, Mr. Gonzalez has remained in compliance with the terms of his pretrial supervision.

3. Pretrial Services has informed defense counsel that they will defer to the court regarding

1

this request, as in involves travel outside of the United States, but are not opposed.

4. On November 7, Mr. Gonzalez' mother passed away in Michoacan, Mexico. Her funeral will occur in the next few days. Mr. Gonzalez hopes to travel there for the funeral and resolving her affairs, which he estimates will take about one week.

5. Mr. Gonzalez represents to the Court through counsel that, if his request is approved, he will travel alone to Mexico and his girlfriend of several years, with whom he resides, will remain in the United States until he returns.

6. Counsel for the United States, Assistant United States Attorney David Spencer, has informed defense counsel that the United States will not oppose this motion in light of the unique circumstances of this case, including the position of Pretrial Services, the information provided by defense counsel to address risk of flight, the information provided by defendant's supervising Pretrial Services Officer, the information in the Pretrial Services reports, and the $5,000 cash bond that defendant has agreed to post before leaving on this travel.

DATED:  November 8, 2024                    /s/ Michael Heumann
                                            MICHAEL HEUMANN
                                            Attorney for Defendant
                                            JESUS RAMON GONZALEZ

LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
JESUS RAMON GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JESUS RAMON GONZALEZ<br><br>　　　　　Defendant. | Case No.: 2:24-CR-0021-WBS<br><br>[~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRE-TRIAL SUPERVISION |

　　　The Court has read and in this matter on November 8, 2024. The Court hereby finds that the Order, which this Court incorporates by reference into this Order, demonstrates good cause to adopt the additional conditions of pre-trial supervision contained in Exhibit A.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The additional conditions of pre-trial supervision contained in Exhibit A are adopted.

IT IS SO ORDERED.

DATED: November 8, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

4