LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
JESUS GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JESUS RAMON GONZALEZ<br><br>　　　　　Defendant. | Case No.: 2:24-cr-0021 WBS<br><br>UNOPPOSED MOTION TO RELEASE COLLATERAL AND ORDER |

  Defendant Jesus Gonzalez by and through his counsel of record, requests this court order the $5000 posted as bond for his visit to Michoacan, Mexico be returned to him.

  On November 8, 2024, Mr. Gonzalez was permitted by the court to travel to Mexico to attend the funeral of his mother, who recently passed away. He posted a bond of $5000 to cover his travel and his passport was returned to him by the court.

  On November 18, 2024, Mr. Gonzalez returned his passport to the court after returning to the United States.

1

Counsel has emailed his PTRS Officers, Charles King and Misty Sanchez, who supervises Mr. Gonzalez at his home in the district of Nevada. Officer Sanchez responded that he remains in compliance with his conditions of release.

Because Mr. Gonzalez has returned from Mexico, counsel requests that the $5000 posted be returned to him.

The government is aware of this request and has no objection.

Respectfully submitted,

DATED:  December 30, 2024

By     /s/ Michael Heumann
      MICHAEL HEUMANN
      Attorney for Defendant
      JESUS Gonzalez

**ORDER**

Good cause appearing the $5000 deposited with the court on November 8, 2024 is ordered released and returned to Jesus Gonzalez.

Dated: December 30, 2024

/s/ Allison Claire
Honorable Allison Claire
United States Magistrate Judge