UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS RAMON GONZALEZ,<br>Defendant. | No. 2:24-cr-0021 WBS<br><br>ORDER |

----oo0oo----

Defendant moves for reconsideration of detention, arguing that exceptional reasons justify his release pending sentencing. (Mot. (Docket No. 111).) The government is ORDERED to file its response to defendant's motion on or before October 28, 2026. The court will take the motion under submission without a hearing unless otherwise ordered.

IT IS SO ORDERED.

Dated: October 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE